8177

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
MAR 26 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Criminal No. 2:24-cr-75 |
|---|---|
| v. | (18 U.S.C. § 1708) |
| TYRONE MOBLEY | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about February 27, 2024, in the Western District of Pennsylvania, the defendant, TYRONE MOBLEY, did steal and take from and out of an authorized depository for mail matter located within a residential building located on South Negley Avenue, Pittsburgh, PA 15232, a package addressed to a resident of the building located on South Negley Avenue, Pittsburgh, PA 15232.

In violation of Title 18, United States Code, Section 1708.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955