IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-75 |
| TYRONE MOBLEY | [UNDER SEAL] |

FILED
MAR 26 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Nicole A. Stockey, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant TYRONE MOBLEY, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Section 1708.

Recommended bond: $10,000 Unsecured.

                Respectfully submitted,

                ERIC G. OLSHAN
                United States Attorney

         By:  */s/ Nicole A. Stockey*
            NICOLE A. STOCKEY
            Assistant U.S. Attorney
            PA ID No. 306955